**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-6902 - JFW(SKx)** | Date: April 19, 2022 |
| Title: | Angie Tecu -v- Fedex Ground Packaging System, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's Scheduling and Case Management Order ("CMO"), the Court set April 4, 2022 as the last day to conduct a Settlement Conference, and April 8, 2022 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Joint Report Regarding Settlement Efforts filed on April 13, 2022, it appears that the parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court ordered deadline of April 4, 2022.

Accordingly, lead counsel for the parties are ordered to show cause in writing by **April 22, 2022** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__