# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-06902-JFW-SKx                    Date April 22, 2022

Title: Angie Tecu v. FedEx Ground Packaging System, Inc.

Present: The Honorable John F. Walter

| S. Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Stipulation to Dismiss filed 4/21/22 [24] - Make JS-6

☐ Entered _____.

Initials of Preparer          SR